UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60599-CIV-DIMITROULEAS/SNOW

ERICH SPANGENBERG,

    Plaintiff,

vs.

PANASONIC CORPORATION,

    Defendant.
_____/

**ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH
RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint. Plaintiff filed a Complaint on March 21, 2018, yet there is no indication that Defendant has been served.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **July 2, 2018**, Plaintiff shall either perfect service upon Defendant, show that service has already been made, or show good cause why service has not been perfected. Failure to timely respond will result in immediate dismissal of this action without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of June, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record