UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60599-CIV-DIMITROULEAS/SNOW

ERICH SPANGENBERG,

    Plaintiff,

vs.

PANASONIC CORPORATION,

    Defendant.

_____/

**ORDER GRANTING EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS**

THIS CAUSE is before the Court on the Plaintiff's Notice of Status of Service and Motion for Extension of Time to Serve Summons and Complaint (the "Motion") [DE 12], filed herein on September 10, 2018. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that that the Motion [DE 12] is **GRANTED**. On or before **March 10, 2019**, Plaintiff shall either perfect service upon Defendant, show that service has already been made, or show good cause why service has not been perfected. No further extensions should be expected. Failure to timely respond will result in immediate dismissal of this action without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of September, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record