**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

**CASE NO. 0:18-CV-60599-WPD**

ERICH SPANGENBERG,

                    Plaintiff

        v.

PANASONIC CORPORATION,

                    Defendant.

**NOTICE OF APPEARANCE AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

       In accordance with the Local Rules of this Court, the undersigned, Diana Szego Fassbender of the law firm of ORRICK, HERRINGTON & SUTCLIFFE LLP, Columbia Center, 1152 15th Street N.W., Washington, D.C. 20005, Tel: (202) 339-8533, respectfully gives notice of her appearance as counsel on behalf of Panasonic Corporation in the above-styled case and respectfully requests the Court to provide Notice of Electronic Filings to her at email address: dszego@orrick.com.

Date: January 30, 2019                   Respectfully submitted,

                                     */s/Diana Szego Fassbender*
                                     Diana Szego Fassbender
                                     Fla Bar ID #17095
                                     dszego@orrick.com

                                     Orrick Herrington & Sutcliffe LLP
                                     Columbia Center
                                     1152 15th Street, N.W.
                                     Washington, DC  20005-1706
                                     Tel: (202) 339-88533
                                     Fax: (202) 339-8500

                                     *Attorneys for Defendant Panasonic Corp.*

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that on this the 30th day of January 2019 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system. We also certify that the forgoing document is being served this date on counsel as indicated on the below Service List in the manner specified.

Dated: January 30, 2019                              */s/Diana Szego Fassbender*
                                                     Diana Szego Fassbender


*Service via email*
Matthew S. Nelles
mnelles@bergersingerman.com
Berger Singerman
350 Las Olas BBoulevard, Suite 1000
Fort Lauderdale, Florida 33301
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel: (305) 982-4056
Fax:  9945) 523-2872

Elizabeth A. Wiley*
lwiley@grablemartin.com
Grable Martin Fulton PLLC
1101 West 34th St., No. 565
Austin, Texas 78705
Tel: 512.560.3480
Fax: 512.551.5088
Texas State Bar No. 00788666
*pro hac admission to be sought*


*Counsel for Plaintiff Erich Spangenberg*

2